IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATHY R. ROBERTSON A/K/A KATHY ENGLISH**　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　**CIVIL ACTION NO.: 1:22-CV-00112-TBM-RPM**

**FIRST BANK & TRUST,**
**MERCURY FINANCIAL HOLDINGS LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**TRANS UNION LLC, and**
**EQUIFAX INFORMATION SERVICES LLC**　　　　　　　　　　**DEFENDANTS**

**NOTICE OF DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil procedure, that all costs in this matter have been paid and that no answer or motion for summary judgment has been filed and, that the Plaintiff, Kathy R. Robertson a/k/a Kathy English, hereby dismisses with prejudice the Complaint filed herein against Defendants, TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC.

RESPECTFULLY SUBMITTED, this the 20th day of June, 2022.

　　　　　　　　　　　　　　　　　　Kathy R. Robertson a/k/a Kathy English

　　　　　　　　　　　By:　*/s/Daniel D. Ware*
　　　　　　　　　　　　　Daniel D. Ware, Attorney for the Plaintiff

Daniel D. Ware, MSB#10,847
WARE LAW FIRM, PLLC
216 1st Avenue NE
Magee, MS 39111
Telephone: (601) 439-7079
dware@warelawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned Daniel D. Ware, Ware Law Firm, PLLC, attorney for Plaintiff herein, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**DATED** this 20th day of June, 2022.

**/s/ Daniel D. Ware**
Daniel D. Ware